**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Corey Jamal Williams, Petitioner.

Appellate Case No. 2016-002547

_____

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

_____

Appeal from York County
Brian M. Gibbons, Circuit Court Judge

_____

Memorandum Opinion No. 2018-MO-032
Heard September 19, 2018 – Filed September 26, 2018

_____

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

_____

Appellate Defender David Alexander, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General John Benjamin Aplin, both of Columbia and Solicitor Kevin Scott Brackett, of York; for Respondent.

_____

**PER CURIAM:**  We granted Corey Jamal Williams's petition for a writ of certiorari to review the decision of the court of appeals reversing his sentence of home detention.  *State v. Williams*, Op. No. 2016-UP-448 (S.C. Ct. App. filed November 2, 2016).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**